IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-CV-01303-MEH

LESLEY ADAMS and
FIKILE MPOFU,
individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

NTT DATA, INC.,
NTT DATA SERVICES, LLC
DELL SERVICES, LLC, and
SYNERGY SERVICES, INC. d/b/a TALENTWAVE,

        Defendants.

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT AND APPROVAL OF ATTORNEYS' FEES AND COSTS

Plaintiffs Lesley Adams and Fikile Mpofu ("Plaintiffs"), through their undersigned counsel, respectfully move this Court for an Order:

1. Granting final approval of the Parties' Settlement Agreement as fair, reasonable, and adequate pursuant to FED. R. CIV. P. 23(e), and a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

2. Finally certifying the following Settlement Class pursuant to FED. R. CIV. P. 23 and 29 U.S.C. § 216(b) for the purposes of settlement:

> All individuals who worked for TalentWave, Dell Services and NTT Data ("Defendants") providing training and support to Defendants' clients in using electronic recordkeeping systems in the United States from May 26, 2015 to June 1, 2018;

3. Approving Plaintiffs Lesley Adams and Fikile Mpofu as the Representatives of the Settlement Class and approving the proposed service awards in the amount of $10,000 each to Plaintiffs for their service to the Settlement Class;

4.     Approving Berger Montague PC, Lichten & Liss-Riordan, P.C., and Blanchard & Walker PLLC as Class Counsel for the Settlement Class and approving fees in the amount of $191,666.67 and costs, which are presently $9,346.01, and are not to exceed $12,000;

5.     Approving Simpluris, Inc. as Settlement Administrator;

6.     Finding that dissemination of the Settlement Notice was accomplished as directed and met the requirements of due process;

7.     Directing the settlement funds be distributed in accordance with the terms of this Settlement Agreement; and

8.     Entering final judgment in this case and dismissing it with prejudice in accordance with the terms of the Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law, the Declarations of Sarah R. Schalman-Bergen, Jeremiah Kincannon, Harold L. Lichten, and David M. Blanchard in Support of Plaintiffs' Unopposed Motion for Final Approval of the Settlement Agreement and Approval of Attorneys' Fees and Costs, and all other records, pleadings, and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendants do not oppose this Motion.

A proposed Order is submitted for the Court's consideration.

Dated:  April 10, 2019                                  Respectfully submitted,

BERGER MONTAGUE PC

/s Sarah R. Schalman-Bergen
Shanon J. Carson
Sarah R. Schalman-Bergen
Alexandra K. Piazza
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net

2

sschalman-bergen@bm.net
apiazza@bm.net

Harold Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
hlichten@llrlaw.com
osavytska@llrlaw.com

David M. Blanchard
BLANCHARD & WALKER, PLLC
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
Telephone: 734.929.4313
blanchard@bwlawonline.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 10th day of April, 2019.

s/ Sarah R. Schalman-Bergen
Sarah R. Schalman-Bergen
