IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:18-cv-01303-MEH | Date: | April 17, 2019 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                 *Counsel:*

LESLEY ADAMS, et al,                                         Harold Lichten
                                                                                   Sarah Schalman-Bergen

    Plaintiff,

v.

NTT DATA, INC.,                                                    James Nicholas
NTT DATA SERVICES, LLC.,
DELL SERVICES, LLC,                                           Raymond Martin
SYNERGY SERVICES, INC.,

    Defendants.

## COURTROOM MINUTES
## FINAL APPROVAL HEARING

**Court in session:**     1:31 p.m.

Court calls case. Appearances of counsel. Harold Lichten appeared by telephone.

Discussion was held to seek final approval of the settlement agreement reached after a full day of mediation.

**ORDERED:**     [47] Unopposed Motion for Order to Plaintiffs' Unopposed Motion for Final Approval of the Settlement Agreement and Approval of Attorneys' Fees and Costs was GRANTED. A separate Order will be issued by the Court.

**Court in recess:**     1:46 p.m.     Hearing concluded.
Total in-court time   00:15

\*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.