IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01303-MEH

LESLEY ADAMS, and
FIKILE MPOFU, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

NTT DATA, INC.,
NTT DATA SERVICES, LLC,
DELL SERVICES, LLC, and
SYNERGY SERVICES, INC., d/b/a TalentWave,

      Defendants.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is Plaintiffs' Unopposed Motion for Final Approval of the Settlement Agreement and Approval of Attorneys' Fees and Costs [filed April 10, 2019; ECF No. 47]. The Court has considered the supporting brief, settlement agreement, and declarations, and heard the matter on April 17, 2019. Finding that the parties have met all requirements under the law, the Court **grants** Plaintiffs' Motion and ORDERS as follows:

1.    The Parties' Settlement Agreement is finally approved as fair, reasonable, and adequate pursuant to FED. R. CIV. P. 23(e), and a fair, equitable, and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

2.    For settlement purposes only, the following Settlement Class is finally certified pursuant to FED. R. CIV. P. 23 and 29 U.S.C. § 216(b):

All individuals who worked for TalentWave, Dell Services and NTT Data ("Defendants") providing training and support to Defendants' clients in using electronic recordkeeping systems in the United States from May 26, 2015 to June 1, 2018;

3.     Plaintiffs Lesley Adams and Fikile Mpofu are approved as the Representatives of the Settlement Class, and the proposed service awards in the amount of $10,000 each to Plaintiffs for their service to the Settlement Class are approved;

4.     Berger Montague PC, Lichten & Liss-Riordan, P.C., and Blanchard & Walker PLLC are approved as Class Counsel for the Settlement Class;

5.     Plaintiffs' unopposed request for attorneys' fees and costs is granted, and fees in the amount of $199,666.67 and costs, which are presently $9,346.01 and are not to exceed $12,000.00 are approved;

6.     Simpluris, Inc. is approved as Settlement Administrator;

7.     The Court finds that dissemination of the Settlement Notice was accomplished as directed and met the requirements of due process;

8.     The Court directs that the settlement funds be distributed in accordance with the terms of the Settlement Agreement;

9.     The Court hereby enters final judgment in this case and dismisses it with prejudice in accordance with the terms of the Settlement Agreement. There being no reason to delay entry of a Final Judgment, the Clerk of the Court is ordered to enter a Final Judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; and

10.     Without affecting the finality of the Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the named Plaintiffs, the certified Settlement Class, and Defendants for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

IT IS SO ORDERED.

Dated at Denver, Colorado this 18th day of April, 2019.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge